UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

*Electronically Filed*

JULIE ESTEP

    Plaintiff,

V.                                                                                                       Civil Action No._____

JENNIFER NAPIER
       SERVE:      118 Oliver Drive
                            Richmond, KY 40475

and

MADISON COUNTY BOARD OF EDUCATION
       SERVE:      David Gilliam, Superintendent
                            301 Highland Park
                            Richmond, KY 40475

    Defendants.

## COMPLAINT

Comes the Plaintiff, by counsel, and for her Complaint, respectfully states herein as follows:

**I**

The Plaintiff, Julie Estep, is and was at all times referred to herein, a citizen and resident of Crawfordsville, Indiana.

**II**

The Defendant, Jennifer Napier ("Napier"), is and was at all times referred herein, a Kentucky citizen. Defendant Napier may be served with process in this case by delivery

1

of summons and a true and accurate copy of this Complaint to 118 Oliver Drive, Richmond, KY 40475.

**III**

The Defendant, Madison County Board of Education ("Board of Education"), is and was at all times referred to herein, a Kentucky organization, with its principle office and place of doing business in Kentucky.  Defendant Board of Education may be served with process in this case by delivery of summons and a true and accurate copy of this Complaint to its Superintendent, David Gilliam, 301 Highland Park, Richmond, KY 40475.

**IV**

This Court has jurisdiction and venue of this action because the Plaintiff and the Defendants are citizens and residents of different states, Plaintiff being a resident of Indiana and Defendants being residents and/or having it is principle office and place of business in Kentucky.  Further, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  The acts complained of herein occurred in the Eastern District of Kentucky, primarily in Madison County, Kentucky.  Jurisdiction is based on 28 U.S.C.A. §1332.

**V**

At all times pertinent hereto Napier was the servant, agent, and/or employee of the Board of Education and was acting within the course and scope of said servitude, agency, and/or employment.

**VI**

On or about December 10, 2021, in Madison County, Kentucky, Napier negligently and carelessly operated a 2013 Thomas Built bus owned by the Board of Education

thereby causing same to collide with a 2000 Subaru Legacy occupied by Plaintiff at the same time and location.

**VII**

At all times pertinent hereto Plaintiff exercised an appropriate degree of care for her own safety. The subject collision was caused entirely by the negligence and carelessness of each Defendant.

**VIII**

At all times pertinent hereto Plaintiff fully and completely complied with the terms and conditions of the Kentucky Motor Vehicle Reparations Act.

**IX**

In order that Plaintiff may plead all causes of action and/or potential causes of action upon which relief may be granted in this case, Plaintiff states that in the event it is determined that the Board of Education was negligent in hiring, training, and/or supervising Napier and/or that the Board of Education failed to adequately equip and/or maintain the 2013 Thomas Built bus, said actions/inactions on the part of the Board of Education are pled as additional bases upon which relief may be granted this Plaintiff.

**X**

As a direct and proximate result of the negligence and carelessness of each Defendant, the Plaintiff has been injured and damaged. The monetary value of Plaintiff's injuries and damages exceeds the minimum jurisdictional limits of this Court. Plaintiff seeks by this action to recover the full monetary value of her injuries and damages together with all available interest at the maximum legal rate.

**XI**

Plaintiff's injuries and damages include, but are not specifically limited to, the following:

(a) Medical bills and related expenses, past, present and future;

(b) Physical pain and mental suffering, past, present and future; and

(c) Miscellaneous inconvenience and expense, past, present and future.

**XII**

WHEREFORE, the Plaintiff respectfully prays this Court for relief as follows:

(a) For judgment as against each Defendant in an amount exceeding the minimum jurisdictional limits of this Court, together with all available interest at the maximum legal rate;

(b) For Plaintiff's costs incurred in pursuit of this matter, including a reasonable attorney's fee to the extent permitted by law; and

(c) For any and all other relief to which it may appear Plaintiff is entitled, including trial by jury.

This the 14th day of April, 2022.

                                    HUGHES & COLEMAN
                                    1256 Campbell Lane, Suite 201
                                    P. O. Box 10120
                                    Bowling Green, KY  42102
                                    (270) 782-6003 Ext. 209
                                    FAX (270) 843-0446
                                    mgoff@hughesandcoleman.com
                                    KY Bar #92192; TN Bar #31795

                                    s/ Mariana Goff_____
                                    Mariana Goff

## CERTIFICATION

The undersigned does hereby certify that the following entities have been notified of the pendency of this action by provision of a true and accurate copy of this complaint via certified mail, return receipt requested, for any and all purposes relating to subrogation interests which might be asserted herein, underinsured motorist benefits, or any other purpose which, under law, might mandate notice of the pendency of this action. Pursuant to KRS 411.188, you are respectfully notified that failure to assert subrogation rights in this case by intervention pursuant to Kentucky Civil Rule 24 will result in loss of those rights with respect to any final award received by the plaintiff as a result of this action.

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
State Farm Insurance Co.
P.O. Box 106170
Atlanta, GA  30348

|          | IN RE: | Our Client: | Julie Estep |
|          |        | Our File No.: | 680553 |
|          |        | Your Insured: | Gary and Julie Estep |
|          |        | Your Claim No.: | 14-29P6-71H |
|          |        | DOI: | 12/10/2021 |

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
Anthem Blue Cross Blue Shield
P.O. Box 105187
Atlanta, GA  30348-5187

|          | IN RE: | Our Client: | Julie Estep |
|          |        | Our File No.: | 680553 |
|          |        | Your Insured: | Gary and Julie Estep |
|          |        | Member ID.: | VOK050W06494 |
|          |        | DOI: | 12/10/2021 |

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
Humana
P.O. Box 14601
Lexington, KY  40512

|          | IN RE: | Our Client: | Julie Estep |
|          |        | Our File No.: | 680553 |
|          |        | Your Insured: | Gary and Julie Estep |
|          |        | Member ID.: | H72744570 |
|          |        | DOI: | 12/10/2021 |

Erin Meyer
Liberty Mutual
P.O. Box 515097
Los Angeles, CA  90051

|  |  |  |
|---|---|---|
| IN RE: | Our Client: | Julie Estep |
|  | Our File No.: | 680553 |
|  | Your Insured: | Madison Co. Board of Education |
|  | Your Claim No.: | AB220-316143 |
|  | DOI: | 12/10/2021 |

This 14th day of April, 2022.


s/ Mariana Goff
Counsel for Plaintiff